IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TEXAS MADE TRAILERS, L.L.C.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | Civil Action No. 4:17-cv-1357 |
| | § | |
| **JAMES A. BRAY**, doing business as Texas Pride Trailers, and **TEXAS PRIDE TRAILERS, INC.,** | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

### STIPULATION OF VOLUNTARY DISMISSAL

COME NOW, Plaintiff, Texas Made Trailers, L.L.C., and Defendants, James A. Bray, doing business as Texas Pride Trailers, and Texas Pride Trailers, Inc., by and through their attorneys, and, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate to the voluntary dismissal of this action, with all costs to be borne by the party incurring same.

Respectfully submitted,

**NICHAMOFF LAW, P.C.**

/s/ Seth A. Nichamoff_____
Seth A. Nichamoff
Attorney-in-Charge
Texas State Bar No. 24027568
Federal I.D. No. 27002
2444 Times Boulevard, Suite 270
Houston, Texas 77005
Telephone: (713) 503-6706
Facsimile: (713) 360-7497
seth@nichamofflaw.com

-and-

**CANTRELL, RAY & BARCUS, L.L.P.**

J. Hans Barcus
Texas State Bar No. 007793302
P.O. Box 1019
Huntsville, Texas 77340
Telephone: (936) 730-8541
Facsimile: (936) 730-8535
hans@crblawyers.com

**ATTORNEYS FOR PLAINTIFF TEXAS MADE TRAILERS, L.L.C.**

-and-

By: /s/ Lisa R. Wilcox_____
Lisa R. Wilcox, Esquire
FBN: 697291
721 First Ave. N.
Suite 100
St. Petersburg, Florida 33701
Main 888-945-2695
lisa@wilcoxlawpa.com

W. John Gadd
Florida Bar No.: 0463061
Email: wjg@mazgadd.com
2727 Ulmerton Road, Suite 250
Clearwater, FL 33762
Phone: (727) 524-6300

**ATTORNEYS FOR DEFENDANTS JAMES A. BRAY, DOING BUSINESS AS TEXAS PRIDE TRAILERS, AND TEXAS PRIDE TRAILERS, INC.**